**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Sleep Galleria, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-3743374 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 920 Whitehaven Road | |
| Number    Street | Number    Street |
| | P.O. Box |
| Suwanee    GA    30024 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Forsyth County | 3384 Cobb Parkway |
| County | Number    Street |
| | Suite 170 |
| | Acworth    GA    30101 |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)   www.sleepgalleria.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  Sleep Galleria, LLC _____   Case number (*if known*)_____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>4421 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                                         MM / DD / YYYY<br>              District _____ When _____ Case number _____<br>                                                         MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>            District _____ When _____<br>                                              MM / DD / YYYY<br>            Case number, if known _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

| Debtor | Sleep Galleria, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number         Street
    _____
    _____
    City                                          State      ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49
    ☑ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☑ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

Debtor __Sleep Galleria, LLC_____    Case number (*if known*)_____
      Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/27/2023
              MM / DD / YYYY

✘ /s/ Stephen Norris                              Stephen Norris
Signature of authorized representative of debtor    Printed name

Title  Member

**18. Signature of attorney**

✘ /s/ G. Frank Nason, IV                          Date  10/27/2023
Signature of attorney for debtor                                MM / DD / YYYY

G. Frank Nason, IV
Printed name

Lamberth, Cifelli, Ellis & Nason, P.A.
Firm name

6000 Lake Forrest Drive, NW Ste. 435
Number    Street

Atlanta                                           GA           30328
City                                              State        ZIP Code

404-262-7373                                      fnason@lcenlaw.com
Contact phone                                     Email address

535160                                            GA
Bar number                                        State

Debtor Sleep Galleria, LLC  
    First Name    Middle Name    Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

| | |
|---|---|
| **Location Of Assets** | 11720 Medlock Bridge Road Suite 510<br>Duluth, GA 30097, Fulton County |
| **Location Of Assets** | 1311 Johnson ferry Road Suite 416<br>Marietta, GA 30068, Cobb County |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Fill in this information to identify the case:

Debtor name: Sleep Galleria, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Google, LLC<br>P. O. Box 39000<br>San Francisco, CA, 94129 | collections@google.com | Services | | | | 2,919,446.51 |
| 2 | Sealy Mattress<br>P. O. Box 932621<br>Atlanta, GA, 31193 | SealyAR@Tempursealy.com | Suppliers or Vendors | Disputed<br>Contingent | | | 544,706.00 |
| 3 | Cozzia USA, LLC<br>861 S. Oak Park Road<br>Covina, CA, 91724 | accountingar@cozziausa.com | Suppliers or Vendors | | | | 530,615.71 |
| 4 | Temper-Pedic North America, LLC<br>P. O. Box 202707<br>Dallas, TX, 75320 | account.receivable@tempurpedic.com | Suppliers or Vendors | Disputed<br>Contingent | | | 412,116.45 |
| 5 | Serta Simmons Bedding LLC<br>P. O. Box 945655<br>Atlanta, GA, 30394 | BNeale@Serta Simmons.com | Suppliers or Vendors | | | | 405,000.00 |
| 6 | Meta Platforms, Inc.<br>15161 Collections Center Drive<br>Chicago, IL, 60693 | AR@FB.com | Suppliers or Vendors | | | | 315,903.84 |
| 7 | Parker Group, Inc. (Get Parker)<br>6035 Parkland Blvd.<br>Cleveland, OH, 44124 | support@getparker.com | Credit Card Debt | | | | 237,708.07 |
| 8 | Brex, Inc.<br>115 Sansome Street<br>Suite 1200<br>San Francisco, CA, 94104 | servicing@brex.com | Credit Card Debt | | | | 235,817.42 |

Debtor  __Sleep Galleria, LLC_____  Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Georgia Department of Revenue  P.O. Box 105499  Atlanta, GA, 30348-5499 | ogc@dor.georgia.gov | Taxes & Other Government Units | | | | 153,363.23 |
| 10 | Microsoft Corporation  6880 Sierra Center Pkwy  Reno, NV, 89511 | adctr@microsoft.com | Services | | | | 151,260.80 |
| 11 | Osaki Titan-Brex  1001 W Crosby Road  Carrollton, TX, 75006 | tuan.t@asakititan.com | Suppliers or Vendors | | | | 133,207.00 |
| 12 | Jeeves, Inc.  924 North Magnolia Ave., Ste 202  PMB 1075  Orlando, FL, 32803 | Terry@tryjeeves.com | Services | | | | 91,225.15 |
| 13 | Ramp Business Corporation  71 5th Ave.  6th Floor  New York, NY, 10003 | hinh.tran@ramp.com | Credit Card Debt | | | | 90,383.77 |
| 14 | Guardsman US LLC  Lockbox 734546  P. O. Box 734546  Dallas, TX, 75373 | ARGuardsman@guardsman.com | Suppliers or Vendors | | | | 74,903.75 |
| 15 | OGAWA USA, LLC  861 S. Oak Park Road  Covina, CA, 91724 | accountingar@cozziausa.com | Suppliers or Vendors | | | | 66,364.64 |
| 16 | Bedgear, LLC  200 Sea Lane  Farmingdale, NY, 11735 | bedgear-ar@bedgear.com | Suppliers or Vendors | | | | 63,114.21 |
| 17 | JPMorgan Chase Bank  Attn: John Tribolati  1111 Polaris Parkway  Columbus, OH, 43240 | jonas.r.carvalho@chase.com | Credit Card Debt | | | | 55,661.53 |
| 18 | Power Reviews, Inc.  Dept CH 18094  Palatine, IL, 60055 | accounting@powerreviews.com | Suppliers or Vendors | | | | 39,707.50 |
| 19 | Human Touch, LLC  Dept. LA 25170  Pasadena, CA, 91185 | kbuchanan@humantouch.com | Suppliers or Vendors | | | | 37,586.00 |
| 20 | Resident Home, Inc.  Dept. LA 25473  Pasadena, CA, 91185 | AR@residenthome.com | Suppliers or Vendors | | | | 35,814.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

United States Bankruptcy Court

Northern District of Georgia

In re: Sleep Galleria, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/27/2023

/s/ Stephen Norris

Signature of Individual signing on behalf of debtor

Member

Position or relationship to debtor

8fig Inc.
1717 W 6th Street
Suite 335
Austin, TX 78703

8fig Inc.
MWE Corporate Services
1000 North West Street, Ste. 1400
Wilmington, DE 19801

Ally Auto Finance
P.O. Box 380902
Bloomington, MN 55438

Ally Financial
c/o AIS Portfolio Services
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

Alpha Vitality, Inc.
5383 New Peachtree Road
Suite G
Atlanta, GA 30341

Alpha Vitality, Inc.
Qiaofeng Fan
2595 Mountain Ind. Blvd., Suite 3
Tucker, GA 30084

Alston & Bird, LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309

American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336

Ashley Furniture Ind., LLC
1 Ashley Way
Arcadia, WI 54612

Ashley Furniture Ind., LLC
Corporation Service Company
2 Sun Court, Suite 400
Norcross, GA 30092

Bank of America
P. O. Box 15019
Wilmington, DE 19886

Bank of America
C T Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

Bedgear, LLC
200 Sea Lane
Farmingdale, NY 11735

Bedgear, LLC
251 Little Falls Drive
Wilmington, DE 19808

Bluevine, Inc.
30 Montgomery Street
Jersey City, NJ 07302

Bluevine, Inc.
Filejet, Inc
169 W 2710 South Circle, Suite 202A-50
Saint George, UT 84790

Brandon Thompson
610 Syemore Pass
Canton, GA 30115

Brex, Inc.
115 Sansome Street
Suite 1200
San Francisco, CA 94104

Brex, inc.
The Corporation Company
251 Little Falls Drive
Wilmington, DE 19808

California Dept. of Tax and Fee Admin.
P.O. Box 942879
Sacramento, CA 94279

California Dept. of Tax and Fee Admin.
33221 Power Inn Road
Suite 210
Sacramento, CA 95826

Capital One
Attn: Bankruptcy Department
P. O. Box 30285
Salt Lake City, UT 84130

Celtic Bank Corporation
Attn: Leslie Rinaldi
268 South State Street, Suite 300
Salt Lake City, UT 84111

City of Acworth
P.O. Box 636
Acworth, GA 30101

Corsica Bedding, LLC
Corporation Service Company
2 Sun Court, Suite 400
Norcross, GA 30092

Corsicana Bedding, LLC
P. O. Box 1050
Corsicana, TX 75151

Cozzia USA, LLC
861 S. Oak Park Road
Covina, CA 91724

Cozzia USA, LLC
Robert Joseph
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339

Daniel Norris
4159 Riverview Drive
Duluth
GA 30097

Deniz Ayral
200 Smarty Jones Court
Canton, GA 30115

Diesel Funding, LLC
633 NE 167th Street
Suite 831
Miami, FL 33162

Diesel Funding, LLC
Aryeh Mandel
1100 NE 163rd Street, Ste 404
Miami, FL 33162

FFL Brands
2125 32nd Street
Boulder, CO 80301

Fjords USA
P. O. Box 200050
Pittsburgh, PA 15251

Georgia Department of Revenue
P.O. Box 105499
Atlanta, GA 30348-5499

Georgia Department of Revenue
Compliance Division - ARCS-Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

Google, LLC
P. O. Box 39000
San Francisco, CA 94129

Google, LLC
Corporation Service Company
2 Sun Court, Suite 400
Norcross, GA 30092

Guardsman US LLC
Lockbox 734546
P. O. Box 734546
Dallas, TX 75373

Guardsman US LLC
Corporation Service Company
2 Sun Court, Suite 400
Norcross, GA 30092

HOMTEX, Inc.
2125 2nd Avenue SW
Cullman, AL 35055

HOMTEX, Inc.
298 Country Road 1468
Cullman, AL 35058

Human Touch, LLC
Dept. LA 25170
Pasadena, CA 91185

Human Touch, LLC
Business Filings Incorporated
108 West 13th Street
Wilmington, DE 19801

IMG USA, Inc
7750 Lincoln Ave
Suite 110
Riverside, CA 92504

IMG USA, Inc.
C T Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361

Jeeves, Inc.
924 North Magnolia Ave., Ste 202
PMB 1075
Orlando, FL 32803

Jeeves, Inc.
Registered Agents Inc
7901 4th Street N, Ste, 300
Saint Petersburg, FL 33702

JPMorgan Chase Bank
Attn: John Tribolati
1111 Polaris Parkway
Columbus, OH 43240

JPMorgan Chase Bank
C T Corporation System
289 Culver Street
Lawrenceville, GA 30046

Kabbage Funding
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

KIMCO Realty Group
500 North Broadway
Suite 201
Jericho, NY 11753

Kingsdown, Inc
P. O. Box 70001
Newark, NJ 07101

Kingsdown, Inc.
Corporation Service Company
40 Technology Parkway South, Suite 300
Norcross, GA 30092

Kite Realty Group
2675 Paces Ferry Road SE
Suite 3200
Atlanta, GA 30339

Knickerbocker Bed Company
P. O. Box 55
Little Ferry, NJ 07643

Knickerbocker Bed Company
770 Commercial Ave
Carlstadt, NJ 07072

Merchant's Walk, LLC
1221 Main Street
Suite 1000
Columbia, SC 29201

Meta Platforms, Inc.
15161 Collections Center Drive
Chicago, IL 60693

Meta Platforms, Inc.
Corporation Service Company
2 Sun Court, Suite 400
Norcross, GA 30092

Microsoft Corporation
6880 Sierra Center Pkwy
Reno, NV 89511

Microsoft Corporation
Corporation Service Company
2 Sun Court, Suite 400
Norcross, GA 30092

MLily USA, Inc.
Dept. CH 18037
Palatine, IL 60055

Mulligan Funding, LLC
4715 Viewridge Avenue
Suite 100
San Diego, CA 92123

Mulligan Funding, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

OGAWA USA, LLC
861 S. Oak Park Road
Covina, CA 91724

OGAWA USA, LLC
Attn: Kam S. Lo
Covina, CA 91724

Onramp Funds, Inc.
Cogency Global, Inc
850 New Burton Road, Suite 201
Dover, DE 19904

Osaki Titan-Brex
1001 W Crosby Road
Carrollton, TX 75006

Palliser Furniture Ltd
C/O TX9313U
P.O. Box 331789
Detroit, MI 48232

Palliser Furniture Ltd
Registered Agent Solutions, Inc
838 Walker Road, Suite 21-2
Dover, DE 19904

Paramount Sleep Company
Attn: Richard Diamonstein
1112 Kingwood Ave.
Norfolk, VA 23502

Parker Group, Inc.  (Get Parker)
The Company Corporation
251 Little Falls Drive
Wilmington, DE 19808

Parker Group, Inc. (Get Parker)
6035 Parkland Blvd.
Cleveland, OH 44124

Parker Group, Inc. (Jaffe & Asher)
Attn: Lawrence Nessenson
600 Third Avenue
New York, NY 10016

Patrick Norris
133 Boxwood Way
Dallas
GA 30132

Power Reviews Inc.
The Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, DE 19801

Power Reviews, Inc.
Dept CH 18094
Palatine, IL 60055

Pure Care
1402 S. 40th Ave
Phoenix, AZ 85009

Quatro FPO Solutions
1850 Parkway Place
Suite 1100
Marietta, GA 30067

Ramp Business Corporation
71 5th Ave.
6th Floor
New York, NY 10003

Ramp Business Corporation
C T Corporation Service
28 Liberty Street
New York, NY 10005

Resident Home, Inc.
Dept. LA 25473
Pasadena, CA 91185

Resident Home, Inc.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Sealy Mattress
P. O. Box 932621
Atlanta, GA 31193

Sealy Mattress
Cogency Global Inc
900 Old Roswell Lakes Pkwy, Suite 310
Roswell, GA 30076

Sealy Mattress Company
P. O. 828561
Philadelphia, PA 19182

Serta Simmons Bedding LLC
P. O. Box 945655
Atlanta, GA 30394

Serta Simmons Bedding, LLC
Corporation Service Company
2 Sun Court, Suite 400
Norcross, GA 30092

SHEEX, Inc.
9 E. Stow Road
Suite E
Marlton, NJ 08053

Sherwood Southeast, LLC
P. O. Box 746708
Atlanta, GA 30374

Sherwood Southeast, LLC
Attn: Kevin Sirop
3440 Hollywood Blvd., Suite 465
Hollywood, FL 33201

Small Business Administration
233 Peachtree Street, NE
Suite 300
Atlanta, GA 30303

Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

Stephen Norris
920 Whitehaven Road
Suwanee
GA 30024

Steven Popov
4594 Blakedale Circle
Roswell
GA 30075

SYA On-Site Services, LLC
Attn: Evan Wynn
682 Jockey Lane
Auburn, GA 30011

Synter Resource Group, LLC
P. O. Box 63247
Charleston, SC 29419

Synter Resource Group, LLC
Corporation Service Company
508 Meeting Street
West Columbia, SC 29169

Technical Transportation, Inc
415 Bank Street
Suite 100
Southlake, TX 76092

Temper-Pedic North America, LLC
P. O. Box 202707
Dallas, TX 75320

Temper-Pedic North America, LLC
Cogency Global, Inc.
900 Old Roswell Lake Pkwy, Suite 310
Roswell, GA 30076

Transworld System Inc.
P. O. Box 15095
Wilmington, DE 19850

Transworld System, Inc.
Corporation Service Company
2 Sun Court, Suite 400
Norcross, GA 30092

True Business Funding (Ainsworth Gorkin)
Attn: Yeshaya Gorkin
P. O. Box 605
New York, NY 10038

True Business Funding, LLC
Interstate Agent Services, LLC
301 Mill Road, Suite U-5
Hewlett, NY 11557

United Community Bank
Attn: Melinda Lux
125 Hwy 515 East
Blairsville, GA 30512

United Community Bank
C T Corporation System
289 South Culver Street
Lawrenceville, GA 30046

WorldWide Express
P. O. Box 21272
New York, NY 10087

WorldWide Express
Legalinc Corporate Services
651 N. Broad Street, Suite 201
Middletown, DE 19709


X-Chair, LLC
P. O. Box 736284
Dallas, TX 75373


X-Chair, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808