UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-21211-jrs |
| SLEEP GALLERIA, LLC, | ) | |
| | ) | CHAPTER 11 |
|     Debtor | ) | |
| _____ | ) | (Subchapter V) |
| | ) | |
| SLEEP GALLERIA, LLC, | ) | |
| | ) | |
|     Movant | ) | CONTESTED MATTER |
| v. | ) | |
| TRUE BUSINESS FUNDING, LLC, | ) | |
| AMAZON.COM, INC. | ) | |
| | ) | |
|     Respondents | ) | |
| _____ | ) | |

### DISMISSAL OF AMAZON.COM FROM CONTESTED MATTER

COMES NOW, Sleep Galleria, LLC, debtor and debtor in possession in the above-styled chapter 11 case, and hereby dismisses Respondent Amazon.com, Inc. from the *Emergency Motion for Immediate Turnover of Property of the Estate, Order of Contempt for Willful Violation of the Automatic Stay, and Award of Damages.*

Dated: November 21, 2023

                                                LAMBERTH, CIFELLI,
                                                ELLIS & NASON, P.A.
                                                *Attorneys for Debtor*

                                        By: */s/ G. Frank Nason, IV*
                                                  G. Frank Nason, IV
                                                  Georgia Bar No. 535160
                                                  fnason@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 435
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (facsimile)

## Certificate of Service

This is to certify that I have on this day electronically filed the foregoing *Dismissal of Amazon.com, Inc., from Contested Matter* using the Bankruptcy Court's Electronic Case Filing program which sends and electronic notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

A copy of the Motion was served by electronic mail to the following parties:

| | |
|---|---|
| True Business Funding, LLC | scott@tbfgrp.com |
| True Business Funding | legal@ainsworthgorkin.com |
| Amazon.com, Inc. | jailynbunton@dwt.com |
| Amazon.com, Inc. | AlexRivera@dwt.com |

Dated: November 21, 2023         By: */s/ G. Frank Nason, IV*
                                      G. Frank Nason, IV
                                      Georgia Bar No. 535160
                                      fnason@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 435
Atlanta, GA  30328
(404) 262-7373