

**IT IS ORDERED as set forth below:**

**Date: February 2, 2024**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-21211-jrs |
| SLEEP GALLERIA, LLC, | ) | |
| | ) | CHAPTER 11 |
| Debtor | ) | |
| _____ | ) | (Subchapter V) |

**ORDER AND NOTICE OF ASSIGNMENT
OF HEARING ON CONFIRMATION OF PLAN**

Sleep Galleria, LLC, debtor and debtor in possession ("Debtor") filed its *Chapter 11 Plan of Reorganization Submitted by Sleep Galleria, LLC, Debtor and Debtor in Possession* (Doc. No. 63) on January 25, 2024 and its *First Amended and Restated Chapter 11 Plan of Reorganization Submitted by Sleep Galleria, LLC, Debtor and Debtor in Possession* on January 31, 2024 (the "Plan")(Doc. No. 68) On January 30, 2024, Debtor filed its *Debtor's Motion Requesting Entry of Order Establishing Certain Deadlines Pursuant to Rule 3017.2* (the "Motion")(Doc. No. 65), requesting an order:

(1) scheduling a confirmation hearing on the Plan, as the same may be amended;

(2) approving the form and content of ballots;

(3) establishing a deadline for filing objections to the Plan; and

(4) establishing a deadline for casting ballots to accept or reject the Plan.

The Court has considered the Motion and finds that the Motion and the relief requested therein are appropriate. Therefore, it is hereby:

**ORDERED and NOTICE IS HEREBY GIVEN that:**

A.    **March 15, 2024** is fixed as the last day for filing, on the ballot form filed January 31, 2024 (Doc. No. 69), written acceptances or rejections of Debtor's Plan. All ballots must be *filed* with:

> Clerk, United States Bankruptcy Court
> Sidney O. Smith Federal Building
> 121 Spring Street, SE
> Room 120
> Gainesville, Georgia 30501

And a copy *mailed* and *emailed* to Debtor's attorney:

> G. Frank Nason, IV
> Lamberth, Cifelli, Ellis & Nason, P.A.
> 6000 Lake Forrest Drive, NW
> Suite 435
> Atlanta, GA 30328
> fnason@lcenlaw.com

B.    **March 15, 2024** is fixed as the last day for filing and serving written objections to confirmation of the Plan. Any such written objection to confirmation of the Plan must be filed with the Clerk, United States Bankruptcy Court, Sidney O. Smith Federal Building and United States Courthouse, 121 Spring Street, SE, Room 120, Gainesville, Georgia 30501, with a copy served on counsel for Debtor, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, Suite 435, Atlanta, GA 30328, Attn. G. Frank Nason, IV, fnason@lcenlaw.com.

C.    The Court shall hold a hearing on Confirmation of the Plan, as may be amended, on **Tuesday March 26, 2024 at 1:00 p.m.** in Courtroom 103, United States Courthouse, 121

Spring Street, SE, Gainesville, Georgia 30501, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

**D.** **Debtor's attorney** is directed to serve a copy of this Order and Notice, the Plan, and the Ballot, upon the U.S. Trustee, the Subchapter V Trustee, and all creditors and parties in interest on or before **February 2, 2024**, and to file a certificate of such service within three days of mailing.

**E.** At least three (3) days prior to the scheduled hearing on confirmation of the Plan, Debtor's attorney shall file a Summary of Voting on the Plan in accordance with BLR 3018-1 indicating all ballots cast have been tabulated by Debtor and the resulting vote for each class designated in the Plan.

[END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI,
 ELLIS & NASON, P.A.
*Counsel for Debtor*

By: */s/ G. Frank Nason, IV*
        G. Frank Nason, IV
        Georgia Bar No. 535160
6000 Lake Forrest Drive, N.W.
Suite 435
Atlanta, GA  30328
(404) 262-7373

**Identification of parties to be served:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 435, Atlanta, GA 30328

David S. Weidenbaum, Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Tamara M. Ogier, 3330 Cumberland Blvd., Suite 500, Atlanta, GA 30330